# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Kaila Jeneen Tyner

       Debtor(s)

In Proceedings
Under Chapter 13

BK 16–40544–lkg

SSN/Individual Taxpayer ID Number (ITIN):

xxx–xx–1039

## ORDER CLOSING CASE

    The trustee in the above–captioned chapter 13 case having performed all duties required of him/her in the administration of the estate; **IT IS ORDERED** that the chapter 13 trustee is discharged as trustee in the case, that he/she and the sureties on his/her bond are released from further liability in the case, and that the case is **CLOSED**.

ENTERED: February 12, 2019

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE